IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CR-00137-M-4

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER** |
| GARY MCLEOD | |

This matter comes before the court on Defendant's Unopposed Motion to Allow Defendant to Appear at Arraignment by Video [DE 57]. For good cause shown, the motion is GRANTED. Defendant may appear at his June 6, 2023 arraignment by videoconference. Defense counsel shall coordinate Defendant's appearance with the court's IT staff.

SO ORDERED this 22d day of May, 2023.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE