IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No 5:22-CR-137-M-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARY MCCLEOD,

    Defendant.

ORDER

This matter comes before the court on the Defendant's unopposed Motion to set the sentencing hearing for a date certain [DE 78]. For good cause shown, the motion is GRANTED. Defendant's sentencing hearing is set for Monday, September 18, 2023, at 10:00 a.m.

SO ORDERED this 21st day of August, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE